*William H. Hamilton* and *David B. Simpson* for appellant.

*Robert Thorne* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, COLLIN, CUDDEBACK and HOGAN, JJ. Not sitting, MILLER, J.

JOHN CALLAHAN, Respondent, *v.* ANDREW GREIS et al., Appellants.

*Callahan* v. *Greis,* 149 App. Div. 954, affirmed.
(Argued January 22, 1914; decided February 10, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 16, 1912, which reversed a judgment in favor of defendants entered upon an order of the court at a Trial Term setting aside a verdict in favor of plaintiff and directing a dismissal of the complaint, and reinstated said verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendants.

*Henry L. Rupert* for appellants.

*Frank W. Holmes* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN and MILLER, JJ. Absent: WERNER, J.

MARY CREVOIRSERAT, Appellant, *v.* CORNELIUS R. BERGEN et al., Respondents, Impleaded with Others.

*Crevoirserat* v. *Bergen,* 140 App. Div. 893, affirmed.
(Argued January 23, 1914; decided February 10, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 26, 1910, affirming a judgment in favor

of defendants entered upon a decision of the court on trial at Special Term in an action to redeem land theretofore sold in foreclosure proceedings.

*Elvin N. Edwards, George M. Levy* and *Harvey J. George* for appellant.

*Edward L. Frost, Harry G. Clock* and *Sidney H. Swezey* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, COLLIN, CUDDEBACK, HOGAN and MILLER, JJ.